**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
              Plaintiff,

   -against-

LAWRENCE F. CLUFF, Jr.,
ROGER E. SHAOUL,
JAMES SHAOUL,
             Defendants.
-------------------------------------------------------------X

17 CV. 2460 (RMB)

**ORDER**

      The Clerk of Court is respectfully requested to close this case. This consolidated member case should have been closed with the lead case (1:17-cv-2088).

Dated: September 30, 2020
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.